IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE STAROSTA LAW FIRM, LLC;<br>TIMOTHY STAROSTA; and<br>ANGELA SCANLAN,<br><br>Defendants. | 4:21-cv-00283-GAF |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff United States Fire Insurance Company hereby dismisses this action with prejudice as to the two remaining Defendants The Starosta Law Firm, LLC and Timothy Starosta.

Dated this 10th day of November, 2021.

UNITED STATES FIRE INSURANCE
COMPANY, Plaintiff

*s/ Angela Probasco*
Angela Probasco        MO#68611
Christopher Smith      MO#70362
CLYDE & CO US LLP
2301 McGee Street, Suite 500
Kansas City, MO 64108
(816) 278-1750
Angela.Probasco@clydeco.us
ChristopherG.Smith@clydeco.us

Katelin O'Rourke Gorman (*pro hac vice*)
CLYDE & CO US LLP
405 Lexington Avenue, 16th Floor
New York, NY 10174
(212) 710-3900
Katelin.Gorman@clydeco.us